## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DILLON SEVERINO; | : | |
| | : | DKT No.: 3:22-cv-01529 (VAB) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FERNANDO SPAGNOLA; in his official capacity only; et al. | : | |
| | : | |
| Defendants. | : | February 10, 2023 |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT FERNANDO SPAGNOLA

Pursuant to Fed. R. Civ. P. 65(a)(1), the Plaintiff, Dillon Severino, hereby gives notice that he voluntarily dismisses all of his claims in this action against the Defendant, Fernando Spagnola, with prejudice.

    The Defendant,

    By: /s/ Cameron L. Atkinson /s/
    Cameron L. Atkinson, Esq. (ct31219)
    ATKINSON LAW, LLC
    122 Litchfield Rd., Ste. 2
    P.O. Box 340
    Harwinton, CT 06791
    Telephone: 203.677.0782
    Email: catkinson@atkinsonlawfirm.com

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by electronic mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/