UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DILLON SEVERINO; | : | |
| | : | DKT No.: 3:22-cv-01529 (VAB) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FERNANDO SPAGNOLA; in his | : | |
| official capacity only; et al. | : | |
| | : | |
| Defendants. | : | FEBRUARY 15, 2023 |

**PLAINTIFF'S MOTION TO AMEND CAPTION**

Pursuant to Fed. R. Civ. P. 15, the Plaintiff, Dillon Severino, moves the Court for an order directing the case caption to remove Defendants Fernando Spagnola (sic) and Ned Lamont. In support thereof, the undersigned represents as follows:

1. On February 10, 2023, the Plaintiff provided notices of voluntary dismissal with respect to Defendant Spagnola (sic) and Defendant Lamont. Dkt. 25, 26.

2. On February 13, 2023, the Court entered a dismissal order pursuant to the notices, dismissing all claims against Defendant Spagnola (sic) with prejudice and all claims against Defendant Lamont without prejudice.

3. On February 15, 2023, the Plaintiff filed an amended complaint removing Defendants Spagnola (sic) and Lamont as parties in his complaint.

4. Pursuant to the undersigned's prior discussions with counsel for the remaining Defendants, the remaining Defendants do not object to the remove of Defendants Spagnola (sic) and Lamont from the case caption.

For these reasons, the Plaintiff moves the Court to amend the case caption to be as follows:

1

| | |
|---|---|
| DILLON SEVERINO; | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JAMES ROVELLA, in his official capacity only; PATRICK GRIFFIN, in his official capacity only; MARGARET E. KELLY, in her official capacity only; DAVID R. APPLEGATE, in his official capacity only; JOSEPH T. CORRADINO, in his official capacity only; SHARMESE L. WALCOTT, in her official capacity only; DAVID R. SHANNON, in his official capacity only; MICHAEL A. GAILOR, in his official capacity only; CHRISTIAN WATSON, in his official capacity only; JOHN P. DOYLE, JR., in his official capacity only, PAUL J. NARDUCCI, in his official capacity only; PAUL J. FERENCEK, in his official capacity only; MATTHEW C. GEDANSKY, in his official capacity only, MAUREEN PLATT, in her official capacity only; ANNE F. MAHONEY, in her official capacity only; CAROLYN M. FUTTNER, in her official capacity only; CYNTHIA CONRAD, in her official capacity only; ANTHONY IACONIS, in his official capacity only; GUDRUN JOHNSON, in her official capacity only; STEPHEN SANETTI, in his official capacity only; CHRIS LEWIS, in his official capacity only; CARL ROSENSWEIG, in his official capacity only; | : |
| | : |
|     Defendants. | : |

DKT No.: 3:22-cv-01529 (VAB)

*The Plaintiff, Dillon Severino*

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq. (ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by electronic mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/