UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DILLON SEVERINO; | : | |
| | : | DKT No.: 3:22-cv-01529 (VAB) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FERNANDO SPAGNOLA; in his official capacity only; et al. | : | |
| | : | |
| Defendants. | : | FEBRUARY 17, 2023 |

## JOINT STATUS REPORT

Pursuant to the Court's January 10, 2023 order (Dkt. 21), the parties respectfully submit this joint status report to update the Court on the posture of the case and any amended pleadings or motions.

For the Court's convenience, the counsel who conferred on this motion are as follows:

- Cameron L. Atkinson *for the Plaintiff*, Dillon Severino;

- Blake Sullivan; Maura Murphy Osborne; and Thadius Bochain (Connecticut Office of the Attorney General) *for the State Defendants*, James Rovella, Patrick J. Griffin, Margaret E. Kelly, David R. Applegate, Joseph T. Corradino, Sharmese L. Walcott, David R. Shannon, Michael A. Gailor, Christian Watson, John P. Doyle, Jr., Paul J. Narducci, Paul J. Ferencek, Matthew C. Gedansky, Maureen Platt, Anne F. Mahoney, Carolyn M. Futtner, Dr. Cynthia Conrad, Anthony Iaconis, Gudrun Johnson, Stephen Sanetti, Chris Lewis, and Carl Rosensweig.

**I.      POSTURE OF THE CASE:**

All deadlines in this case have been stayed by order of the Court (Dkt. 21). The parties agree that the Court should lift the stay at this time and the case should proceed.

The Plaintiff has received his Connecticut state pistol permit. On February 10, 2023, the Plaintiff filed notices of voluntary dismissal as to Defendants Fernando Spagnola (sic) and Ned Lamont. Dkt. 25, 26. The Court entered an order dismissing both Defendants pursuant to the notices on February 13, 2023. Dkt. 27.  The Plaintiff still intends to proceed with all of his claims against the remaining Defendants. He, however, agrees with the Defendants that his emergency motion for a preliminary injunction and a temporary restraining order (Dkt. 8) no longer constitutes an emergency. Since a revised motion for a preliminary injunction would require substantially more amendment than Plaintiff's counsel originally anticipated, the Plaintiff seeks the Court's permission to withdraw his motion (Dkt. 8) without prejudice. The Defendants do not oppose his withdrawal of his motion (Dkt. 8).

The Plaintiff formally served the Defendants with process on January 31, 2023, and he filed proof of service on February 10, 2023. The CM/ECF system automatically assigned an answer date of February 21, 2023 for the Defendants. The Court's Clerk has confirmed that the stay (Dkt. 21) controls the response deadline rather than the automatic assignment of the deadlines.  Upon the Court's lifting of the stay, the Plaintiff consents to an extension of deadline for the defendants' filing of a responsive pleading as described below.

In sum, the case is ready to proceed.

**II. <u>AMENDED PLEADINGS:</u>**

The Plaintiff filed an amended complaint on February 15, 2023 (Dkt. 28). He also filed a consent motion to amend the case caption (Dkt. 29).

The parties agree that the remaining Defendants will file a responsive pleading on or before April 3, 2023, and they respectfully ask the Court to adopt this date. The Defendants anticipate that they will file a motion to dismiss Plaintiff's complaint, at which time they will likely file a motion to stay any discovery until the motion to dismiss is decided. The Plaintiff will object to any motion to stay any discovery.

The parties, however, jointly request that the Court stay the parties' Rule 26 report responsibilities and deadlines until 30 days after the Court rules on the Defendants' anticipated motion to stay, assuming the Court denies said motion.

**III. <u>REQUESTED SCHEDULING DEADLINES:</u>**

The parties respectfully request the Court to order the following initial deadlines:

- Defendants' Responsive Pleading due on or before April 3, 2023.
- Plaintiff's Opposition shall be due within fourteen (14) days of the filing of Defendants' responsive pleading.
- Defendant's Reply shall be due within fourteen (14) days of the filing of Plaintiff's opposition.

*For The Plaintiff, Dillon Severino*

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq. (ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com


*For the State Defendants*
*James Rovella, et al.*

WILLIAM TONG
ATTORNEY GENERAL

BY:   /s/ Blake T. Sullivan
Blake T. Sullivan (ct30289)
Assistant Attorney General
Thadius Bochain (ct31367)
Assistant Attorney General
Maura Murphy Osborne (ct19987)
Deputy Associate Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT  06141
Tel: (860) 808-5020
Fax : (860) 808-5385
blake.sullivan@ct.gov
thadius.bochain@ct.gov
maura.murphyosborne@ct.gov

4

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by electronic mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/